Before STATE INDUSTRIAL BOARD, Respondent. DOMENICO AMODIO, Respondent, v. ROCCO SCIANNA, Appellant.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no legal proof that the accident in question happened at the time mentioned in the findings, nor is there any proof as to the extent of reduced earning capacity during the period covered by the award, nor was any written notice of injury served within thirty days, or any finding excusing the lack of such notice, or any finding that the employer had knowledge of the accident. All concur.

MAX AXELROD, Appellant, v. CHARLES WOOLEVER, Respondent.— Judgment and order affirmed, with costs. All concur, except McCann, J., dissenting.

Before STATE INDUSTRIAL BOARD, Respondent. ANNA BYLINA, Respondent, v. GOULD COUPLER COMPANY, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. MARGARET BUTLER, Respondent, v. OTIS ELEVATOR COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. SUSAN BABINGER, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Awards reversed and claims dismissed, with costs against the State Industrial Board, on the ground that there is no competent evidence that the deceased suffered an accidental injury which arose out of and in the course of the employment. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. PASQUALINA BUANNO, Respondent, v. P. W. SMITH & SONS and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.